Mathew K. Higbee, Esq., SBN 241380
Kelton Johnson, Esq., SBN 303535
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8331
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Attorneys for Plaintiff,
JEFFERY R. WERNER,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO DOWNTOWN ARENA, LLC; and DOES 1-25, inclusive,<br><br>Defendant. | Case No. 2:20-cv-5363<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FROM COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Jeffrey R. Werner alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claims

for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within the State of California, Defendant's acts of infringement complained of herein occurred in the State of California, and Defendant caused injury to Plaintiff within the State of California.

4. The injury caused to Plaintiff by the infringements of his rights occurred in the Central District of California.

5. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 28 U.S.C. §1391(b)(2) as it is the location where a substantial part of the property that is the subject of the action is situated.

**PARTIES**

6. Plaintiff Jeffrey R. Werner ("Plaintiff" or "Werner") resides in Los Angeles, California and is a professional photographer by trade.

7. Plaintiff is informed and believes, and thereon alleges, that Defendant Sacramento Downtown Arena, LLC. ("Defendant" or "Sacramento Downtown Arena") is a corporation duly organized and existing under the laws of the State of Delaware with a principle place of business at 500 J Street, 4th Floor, Sacramento, CA 95814.

8. Plaintiff is unaware of the true names and capacities of the

Defendants sued herein as DOES 1 through 25, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

9. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of Defendants named in this caption.

## FACTUAL ALLEGATIONS

### *Plaintiff Jeffrey Werner*

10. Werner has over 35 years experience as a professional photographer. His work has appeared in publications such as *Life, Time, Newsweek, People, Marie Claire, FHM, Smithsonian, Playboy, Maxim, In Touch, Daily Mail, Penthouse,* and many others.

11. Werner is primarily known for his specialty work in capturing video and photographs of dangerous stunts, and is the only photographer inducted into

the Stuntworld Hall of Fame. His work has been featured on such television shows as *That's Incredible!, The World's Greatest Stunts, Stuntmasters, Guinness World Record Spectaculars, Ripley's Believe It Or Not,* and *I Dare You.*

12. In addition to his stunt work, Werner is well known for his work with exotic animals, sideshow eccentricities, and people who have overcome incredible obstacles. The uniqueness of Werner's portfolio has resulted in substantial licensing opportunities for his work, which he relies on to research and fund future shoots.

13. Werner is a member of the Los Angeles Press Club and the American Society of Media Photographers, and is the president of the editorial syndication agency, Incredible Features, Inc.

14. Werner is the author and sole rights holder to a photograph of Lady Bull Rider Maggie Parker ("Maggie Stills Image" or "Copyrighted Image"). A true and correct copy of the Image is attached hereto as Exhibit A.

15. Werner registered the Maggie Stills Image with the United States Copyright Office under registration number VA 1-859-146. A true and correct copy of the Copyright Office Registration Certificate is attached hereto as Exhibit B.

***Defendant Sacramento Downtown Arena, LLC***

16. Defendant Sacramento Downtown Arena, LLC is a Delaware corporation that owns and operates Golden 1 Center, a sports and events center in

1 Sacramento, California.

2     17. On information and belief, Defendant operates the website www.golden1center.com ("Website"). A true and correct copy of the Website's "Terms & Conditions," page is attached hereto, as proof of Defendant Sacramento Downtown Arena, LLC's ownership and operation of the Website, as Exhibit C.

    18. Defendant utilizes the Website to advertise for and sell tickets to upcoming events at Golden 1 Center as well as advertising for dining options and merchandise retailers within the event center. *See* *https://www.golden1center.com/events*

***Defendant Sacramento Downtown Arena LLC's Infringing Conduct***

    19. On or about May 18, 2018, Werner discovered that the Maggie Stills Image was being used on the Website in an article titled '*Top 10 Things to Look for at PBR Weekend.*' ("Infringing Article") A true and correct screenshot of the Infringing Article is attached hereto as Exhibit D.

    20. On information or belief, Defendant retrieved the Maggie Stills Image from an article on the DailyMail and uploaded it to the Website for use in the Infringing Article. *See* https://www.dailymail.co.uk/news/article-2273734/Hello-cowgirl-Meet-Maggie-Parker-Americas-ONLY-professional-female-bullrider.html.

    21. The Infringing Article was posted to the Website with the intent of advertising a Professional Bull Riding event to be held on January 27 – 29, 2017 at

Golden 1 Center and the inclusion of Plaintiff's Copyrighted Image was done to entice would-be attendees to purchase tickets to the event.

22. The Infringing Article was written by a Golden 1 Center staff member.

23. Maggie Parker Stills, the subject of the Copyrighted Image, is a well-known professional bull rider and she was the only female professional bull rider to compete with males in the sport. *See* https://www.dailymail.co.uk/news/article-2273734/Hello-cowgirl-Meet-Maggie-Parker-Americas-ONLY-professional-female-bullrider.html.

24. On information or belief, Defendant Sacramento Downtown Arena's use of Plaintiff's Copyrighted Image resulted in ticket sales and other sources of revenue in amounts to be proven.

**FIRST CAUSE OF ACTION
COPYRIGHT INFRINGEMENT
17 U.S.C. § 101 *et seq***

25. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

26. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Image.

27. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited

1 through, posted, publicized, and otherwise held out to the public for commercial
2 benefit, the original and unique Image of the Plaintiff without Plaintiff's consent
3 by using them in the Infringing Article on Defendant's Website.

4     28. As a result of Defendant's violations of Title 17 of the U.S. Code,
5 Plaintiff is entitled to any actual damages and disgorgement of profits pursuant to
6 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per
7 infringement pursuant to 17 U.S.C. § 504(c).

8     29. As a result of the Defendant's violations of Title 17 of the U.S. Code,
9 the court in its discretion may allow the recovery of full costs as well as reasonable
10 attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

11     30. Plaintiff is also entitled to injunctive relief to prevent or restrain
12 infringement of his copyright pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

1. For a finding that Defendant infringed Plaintiff's copyright interest in the Images by copying and displaying them for commercial purposes without a license of consent;

2. For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each

1 infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

2     3.    For an order pursuant to 17 U.S.C. § 502(a) enjoining Defendant from

3 any infringing use of any of Plaintiff's works;

4     4.    For costs of litigation and reasonable attorney's fees against

5 Defendant pursuant to 17 U.S.C. § 505;

6     5.    For pre judgment interest as permitted by law; and

7     6.    For any other relief the Court deems just and proper.

9 Dated: June 16, 2020                                               Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.,
CA SBN 241380.
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8331
(714) 597-6559 facsimile
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff, Jeffrey R. Werner hereby demands a trial by jury in the above matter.

Dated: June 16, 2020                      Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.,
CA SBN 241380.
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8331
(714) 597-6559 facsimile
*Counsel for Plaintiff*